NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD DAVID NYE,                          )
                                           )
          Appellant,                       )
                                           )
v.                                         )          Case No. 2D19-526
                                           )
STATE OF FLORIDA,                          )
                                           )
          Appellee.                        )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Joseph G. Foster,
Judge.


PER CURIAM.

        Affirmed.  See Nye v. State, 242 So. 3d 1101 (Fla. 2d DCA 2018) (table

decision); Nye v. State, 202 So. 3d 419 (Fla. 2d DCA 2016) (table decision); Nye v.

State, 114 So. 3d 947 (Fla. 2d DCA 2013) (table decision); Nye v. State, 974 So. 2d 396

(Fla. 2d DCA 2008) (table decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA

2000).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.